October 1, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF L.R. AND A.R., Children

NO. 14-12-00440-CV

_____

This cause, an appeal from the judgment in favor of appellee, David Reynolds, signed May 31, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Wilma Reynolds, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.